THOMAS W. COOK [California Bar No. 127626]
303 Bridgeway, Suite 425
Sausalito, California 94965
Telephone: (415) 339-8550
Facsimile: (415) 339-8555
Email: tclaws@pacbell.net
Attorneys for Plaintiff
M. BARBERA & FIGLI, S.P.A.

HOLLAND & KNIGHT LLP
Matthew P. Vafidis [California Bar No. 103578]
Tianjing Zhang [California Bar No. 256759]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com
  tianjing.zhang@hklaw.com
Attorneys for Defendant
VIGO IMPORTING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. BARBERA & FIGLI, S.P.A.,<br><br>Plaintiff,<br><br>vs.<br><br>VIGO IMPORTING COMPANY; and DOES 1-20,<br><br>Defendants. | Case No. 3:10-cv-01508-JSW<br><br>**STIPULATION AND APPROVAL TO AMENDED MEDIATION DATE** |

## STIPULATION TO AMENDED MEDIATION DATE

Pursuant to the agreement of the parties as set forth in the Joint Case Management Conference statement dated July 16, 2010, mediation is to be completed by October 4, 2010.

The parties have determined that settlement prospects are enhanced if they can continue negotiations prior to mediation, and such negotiations are ongoing.

The parties therefore agree to extend the time for completion of mediation to October 25, 2010, which will allow them to receive responses to outstanding discovery, communicate with their clients who are out of state and out of country, and perhaps resolve this case.

The parties request the Court approve this change in schedule for mediation.

Respectfully submitted,

Dated: September 17, 2010

_____
Thomas W. Cook
Attorneys for Plaintiff
M. BARBERA & FIGLI, S.P.A.


HOLLAND & KNIGHT LLP

Dated: September 17, 2010

_____
Matthew P. Vafidis
Attorneys for Defendant
VIGO IMPORTING COMPANY


Approved:

Date September 21, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 2 -