THOMAS W. COOK [California Bar No. 127626]
303 Bridgeway, Suite 425
Sausalito, California 94965
Telephone:  (415) 339-8550
Facsimile:  (415) 339-8555
Email:       tclaws@pacbell.net
Attorneys for Plaintiff
M. BARBERA & FIGLI, S.P.A.

HOLLAND & KNIGHT LLP
Matthew P. Vafidis [California Bar No. 103578]
Tianjing Zhang [California Bar No. 256759]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Email:       matthew.vafidis@hklaw.com
             tianjing.zhang@hklaw.com
Attorneys for Defendant
VIGO IMPORTING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. BARBERA & FIGLI, S.P.A., <br><br> Plaintiff, <br><br> vs. <br><br> VIGO IMPORTING COMPANY; and DOES 1-20, <br><br> Defendants. | Case No.  3:10-cv-01508-JSW <br><br> **STIPULATION AND APPROVAL TO AMENDED MEDIATION DATE** |

**STIPULATION TO AMENDED MEDIATION DATE**

Pursuant to the agreement of the parties as set forth in the Joint Case Management Conference statement dated July 16, 2010, mediation is to be completed by October 4, 2010.

On September 21, 2010, this court approved an extension of time to mediate to October 25, 2010. The extension was based on the determination of the parties that settlement prospects are enhanced with such additional time. However, the parties have now identified a scheduling conflict which was not previously apparent, and therefore find they must again extend the time for mediation.

The parties therefore agree to extend the time for completion of mediation to November 17, 2010, with a mediation date set now for November 11, 2010. Additional time, necessary to scheduling, will also allow receipt of responses to outstanding discovery, and communication with out of state and out of country clients. Resetting the date for mediation on or before November 17 may also allow the parties to resolve this case, and negotiations are ongoing.

The parties request the Court approve this change in schedule for mediation.

Dated: September 28, 2010

Respectfully submitted,

_____
Thomas W. Cook
Attorneys for Plaintiff
M. BARBERA & FIGLI, S.P.A.

Dated: September 28, 2010

HOLLAND & KNIGHT LLP

on behalf of, and by authority of:

_____
Matthew P. Vafidis
Attorneys for Defendant
VIGO IMPORTING COMPANY

Approved:
Date: October 5, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 2 -