1  THOMAS W. COOK [California Bar No.127,626]
   3030 Bridgeway, Suite 425
2  Sausalito, California 94965
   Telephone: (415) 339-8550
3
4  Attorney for Plaintiff
   M. Barbera & Figli, S.P.A.
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| M. Barbera & Figli, S. p. A., | ) | Civil Action Number: |
| | ) | |
| Plaintiff, | ) | 3:10-cv-01508-JSW |
| | ) | |
| vs. | ) | REQUEST FOR DISMISSAL, and |
| | ) | ORDER |
| VIGO IMPORTING COMPANY, | ) | |
| and DOES 1-20, | ) | [Rule 41 (b), FRCP] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Plaintiff M. Barbera & Figli, S.p.A., ("Barbera"), having entered into a settlement agreement with defendant Vigo Importing Company ("Vigo"), and a stipulated filed, and Injunction on such stipulation issued by Order of the Court, and such Injunction to remain in full force and effect after dismissal of this action, hereby requests this action be DISMISSED with prejudice.  Each party will bear its own costs.

Date: January 11, 2011

_____
Thomas W. Cook
Attorney for Plaintiff,
Plaintiff M. Barbera & Figli, S.p.A.

REQUEST FOR DISMISSAL and ORDER                                    Case No. 3:10-CV-01508-JSW

## ORDER OF DISMISSAL

It is SO ORDERED.  The case of M. Barbera & Figli, S. p. A. vs. Vigo Importing Company, and DOES 1-20, is dismissed, with prejudice, with the Injunction on stipulation to remain in full force and effect.

IT IS SO ORDERED

Date: January 12, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE